Betty WRIGHT, Executrix of the Estate of Gladys Finch, Plaintiff-Appellant/Cross-Appellee,

v.

FINANCE SERVICE OF NORWALK, INC., Defendant-Appellee/Cross-Appellant.

Nos. 91–4156, 92–3004.

United States Court of Appeals, Sixth Circuit.

Sept. 15, 1993.

Before: MERRITT, Chief Judge, and KEITH, KENNEDY, MARTIN, JONES, MILBURN, GUY, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, and BATCHELDER, Circuit Judges.

## ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is **ORDERED** that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.